# EXHIBIT 12

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>Court Address:<br>1437 BANNOCK STREET, RM 256, DENVER, CO, 80202<br>**Plaintiff(s)** WILLIAM DAVID BAKER et al.<br>v.<br>**Defendant(s)** HELIX TCS INC et al. | DATE FILED: August 6, 2020 11:41 AM<br><br>⚠ **COURT USE ONLY** ⚠<br>Case Number: 2017CV31428<br>Division: 269   Courtroom: |
| **AMENDED ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** | |

The motion/proposed order attached hereto: SO ORDERED.

Issue Date: 8/6/2020

*[signature]*

MICHAEL JAMES VALLEJOS
District Court Judge

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, STATE OF COLORADO<br>Denver District Court<br>1437 Bannock St., Room 256<br>Denver, CO 80202 | |
| **Plaintiff: WILLIAM DAVID BAKER and JEFFREY GILL on their own behalf and on behalf of all others similarly situated**<br><br>**v.**<br><br>**Defendant: HELIX TCS, INC., HELIX TCS, LLC, HRBENEFIX CO, LLC, MMGK HOLDING GROUP, LLC, GI SPE-HRBENEFIX, LLC** | ▲COURT USE ONLY▲ |
| | Case Number: 2017CV31428<br><br>Division/Courtroom: 269 |
| **[PROPOSED] AMENDED ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** | |

THIS MATTER, having come before the Court on the parties' Joint Motion for Final Approval of Class Action Settlement (the "Motion"), and good cause having been shown,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED;

2. The Settlement Agreement at Section 2f(ii) shall be modified to substitute "Colorado Lawyer Trust Account" for "Denver Public Schools";"

3. The terms of the parties' Settlement Agreement are SO ORDERED;

4. The Court approves the establishment of the separate account, as established by Defendants with Optime Administration LLC, to receive and hold the Settlement Payment with

Attachment to Order - 2017CV31428

necessary and required distributions from the Settlement Payment being made solely to the plaintiff class and other recipients in compliance with the terms and provisions of the Settlement and Release Agreement dated on or about April 13, 2020;

5. Plaintiffs' claims against Defendants Helix TCS, Inc., and Helix TCS, LLC are dismissed with prejudice;

6. The Court shall retain jurisdiction for enforcement of the Settlement Agreement.

Dated this \_\_\_ day of _____, 2020.

BY THE COURT:

_____
Hon. Michael J. Vallejos
Denver District Court Judge

2