# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

**Civil Action No. 1:17-cv-01755**

ROBERT KENNEY, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

HELIX TCS, INC.,

    Defendant

v.

HRBENEFIX CO, LLC

## MOTION TO WITHDRAW DOCUMENTS

Defendant Helix TCS, Inc. ("Helix" or "Defendant"), by and through its counsel, Allen Vellone Wolf Helfrich & Factor, P.C., hereby submits this Motion to Withdraw Documents and states as follows:

**Certificate of Conferral**: Plaintiff does not oppose the relief requested herein.

1. Helix withdraws its Motion to Enforce Mediation and Arbitration Agreement [Dkt. 122] and its Motion to Enforce Arbitration Agreement [Dkt. 123].

WHEREFORE, Helix requests the Court order that Dkt. 122 and Dkt. 123 are withdrawn.

Dated this 28th day of April, 2021.

    Respectfully submitted

    ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.
    */s/ Jeremy T. Jonsen*
    Jordan Factor, #38126
    Jeremy T. Jonsen, #48859
    1600 Stout Street, Suite 1900
    Denver, CO 80203
    (303) 534-4499
    jfactor@allen-vellone.com
    jjonsen@allen-vellone.com
    **Attorneys for Helix TCS, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties and counsel who have entered an appearance in this matter.

*s/ Lisa A. Vos*
ALLEN VELLONE WOLF HELFRICH & FACTOR, P.C.
1600 Stout Street, Suite 1900
Denver, CO 80202
Telephone: (303) 534-4499