**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 17-cv-01755-CMA-KMT

ROBERT KENNEY, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

HELIX TCS, INC.,

    Defendant.

---

## ORDER GRANTING JOINT MOTION TO APPROVE NOTICE DOCUMENTS

---

This matter is before the Court on the Parties' Joint Motion to Approve Notice Documents. (Doc. # 127.) Therein, the Parties jointly move the Court to approve their agreed-upon Notice and Consent Forms and email and text message scripts. *See* (Doc. ## 127-1, 127-2).

Upon review of the proposed Notice and Consent Forms (Doc. # 127-1) and email and text message scripts (Doc. # 127-2), the Court concludes that the proposed forms of notice are fair and accurate and no alterations to said documents are necessary. *See Smith v. Pizza Hut, Inc.*, No. 09-CV-01632-CMA-BNB, 2012 WL 1414325, at *7 (D. Colo. Apr. 21, 2012) (quoting *Lewis v. ASAP Land Exp., Inc.,* No. 07–CV–2226, 2008 WL 2152049, at *2 (D. Kan. May 21, 2008) (unpublished)) ("Under the FLSA, the Court has the power and duty to ensure that the notice is fair and

accurate, but it should not alter plaintiff's proposed notice unless such alteration is necessary."). Accordingly, it is

ORDERED that the Joint Motion to Approve Notice Documents (Doc. # 127) is GRANTED. It is

FURTHER ORDERED that the Notice and Consent Forms (Doc. # 127-1) and Email and Text Message Scripts (Doc. # 127-2) are hereby APPROVED.

DATED: May 5, 2021

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge