**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civ. A. No. 1:17-cv-01755-CMA-KMT

ROBERT KENNEY, Individually and on Behalf of All Others Similarly Situated,

 Plaintiff,

v.

HELIX TCS, INC.,

 Defendant.

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Robert Kenney and Defendant Helix TCS, Inc., hereby stipulate to dismiss this lawsuit with prejudice. Dismissal with prejudice is effective upon filing of this Joint Stipulation. No Court Order will follow.

Respectfully submitted: January 26, 2022

| | |
|---|---|
| _/s/ Lindsay R. Itkin_ | By: _/s/ Jeremy T. Jonsen_ |
| **Michael A. Josephson** | **Jordan Factor** |
| Texas Bar No. 24014780 | CO. Bar No. 38126 |
| **Lindsay R. Itkin** | **Jeremy T. Jonsen** |
| Texas Bar No. 24068647 | CO. Bar No. 48859 |
| **JOSEPHSON DUNLAP, LLP** | **ALLEN VELLONE WOLF HELFRICH &** |
| 11 Greenway Plaza, Suite 3050 | **FACTOR P.C.** |
| Houston, Texas 77005 | 1600 Stout Street, Suite 1900 |
| 713-352-1100 – Telephone | Denver, CO 80203 |
| 713-352-3300 – Facsimile | 303-534-4499 – Telephone |
| mjosephson@mybackwages.com | jfactor@allen-vellone.com |
| litkin@mybackwages.com | jjonson@allen-vellone.com |
| **AND** | **ATTORNEY FOR DEFENDANT** |

**Richard J. (Rex) Burch**
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Tel: (713) 877-8788
Fax: (713) 877-8065
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that I served the foregoing document via the Court's ECF System on January 26, 2022, in accordance with the Federal Rules of Civil Procedure.

*/s/ Lindsay R. Itkin*
**Lindsay R. Itkin**